USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FEB 22 2010

JC # 455-864779

**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095
732-636-8000
*Attorneys for Plaintiffs*
Lawrence C. Weiner, Esq. (LW-1492)
Alan Wasserman, Esq. (AW-3667)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LOLA BODANSKY,

              Plaintiff,

     v.

FIFTH ON THE PARK CONDO, LLC
EYTAN BENYANIN and
ROBERT EZRAPOUR,

              Defendants.

-------------------------------------------------------X

STEVE BERGEN and LYNNE
SCHALMAN,

              Plaintiffs,

     v.

FIFTH ON THE PARK CONDO, LLC
EYTAN BENYANIN and
ROBERT EZRAPOUR,

              Defendants.

-------------------------------------------------------X

No. 09 CV 4651 (DLC)

**NOTICE OF APPEAL**

No. 09 CV 6433 (DLC)

2010 FEB 22 PM 2: 24
S.D. OF N.Y.
U.S. DISTRICT COURT
FILED

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs Lola Bodansky, Steve Bergen and

Lynne Schalman hereby jointly appeal to the United States Court of Appeal for the Second

#3257283 (153642.001)

Circuit pursuant to FED. R. APP. PROC. 3(b)(1) from the Judgment of The Honorable Denise L. Cote, U.S.D.J. that defendants, Fifth on the Park Condo, LLC, Eytan Benyanin, and Robert Ezrapour, are exempt from the Interstate Land Sales Full Disclosure Act's registration and disclosure requirements pursuant to the 100 Lot Exemption, 15 U.S.C. §1702(b)(1) and the Improved Lot Exemption, 15 U.S.C. §1702(a)(2), and dismissing Plaintiffs' claims for rescission of their purchase agreements, return of their deposits and interest, and payment of attorneys' fees, entered in this action on the 30th day of January, 2010 (Docket No. 23).

**WILENTZ, GOLDMAN & SPITZER P.A.**
Attorneys for Plaintiffs Lola Bodansky, Steve
Bergen and Lynne Schalman

By:

LAWRENCE C. WEINER, ESQ.

Dated: February 22, 2010